**SEDGWICK LLP**
RALPH A. CAMPILLO (State Bar No. 70376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM O'BOYLE (State Bar No. 239495)
arameh.oboyle@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:	213.426.6900
Facsimile:	213.426.6921

**SEDGWICK LLP**
WAYNE A. WOLFF (State Bar No. 161351)
wayne.wolff@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2806
Telephone:	(415) 781-7900
Facsimile:	(415) 781-2635

Attorneys for Defendants
Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp.
d/b/a Stryker Orthopaedics), Stryker Corporation and
Stryker Sales Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VIENS and LAWRENCE VIENS,<br><br>Plaintiff(s),<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS; STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendant(s). | Case No.  3:13-cv-00262-JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Local Rule 6-1(a), Plaintiffs Sandra Viens and Lawrence Viens ("Plaintiffs") and Defendants Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics), Stryker Corporation and Stryker Sales Corporation (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate to a thirty (30) day extension of time

for Defendants to respond to Plaintiffs' Complaint. Accordingly, Defendants shall have until, and including, February 25, 2013, to respond to Plaintiffs' Complaint.

**So Stipulated.**

DATED: January 25, 2013      SEDGWICK LLP

By: */s/ Arameh Zargham O'Boyle*
    Arameh Zargham O'Boyle
    Ralph A. Campillo
    Wayne A. Wolff
    Attorneys for Defendants
    Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics),
    Stryker Corporation and
    Stryker Sales Corporation

DATED: January 25, 2013      LEVIN SIMES LLP

By: */s/ Rachel Abrams*
    Rachel Abrams
    William A. Levin
    Lauren L. Simes
    Attorneys for Plaintiffs Sandra Viens
    and Lawrence Viens

Dated: 1/28/13

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA